UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RALPH DALE SHEPHERD,<br><br>　　　　　　Defendant. | 1:14-cr-00193-LJO-SKO-1<br><br>**ORDER RE VERIZON WIRELESS RECORDS RECEIVED FOR TRIAL PURSUANT TO FEDERAL RULES OF CRIMINAL PROCEDURE 17(B) AND (C)** |

　　The Court has been provided a declaration from the Custodian of Records of Verizon pursuant to the issued subpoena dated August 27, 2015.  While the trial was originally scheduled for October, due to the unavailability of the Government's main witness, on September 14, 2015, the trial was continued to December 15, 2015. The Court herewith provides the declaration along with the disc to Defense Counsel.[1]

IT IS SO ORDERED.

　　Dated:　**September 15, 2015**　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] Defense Counsel is cautioned that, should he plan to use this information at trial, because of the expert intense nature of the material, it must be shared with the Government for use by its expert as well, and this must be done with enough time before the commencement of trial so that the trial can flow without interruption due to an alleged "late turn over" of this evidence.