BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RALPH DALE SHEPHERD,<br><br>    Defendant. | Case No: 1:14-cr-00193 LJO SKO<br><br>**STIPULATION TO CONTINUE DECEMBER 15, 2015 TRIAL DATE TO FEBRUARY 23, 2016; ORDER RE SAME**<br><br>Ctrm:        4<br><br>Hon. Lawrence J. O'Neill |

THE PARTIES TO THIS ACTION HEREBY STIPULATE, by and through their respective attorneys of record, that this action's previously scheduled trial date, set to be commence at 8:30 a.m. on Tuesday, December 15, 2015, be continued to Tuesday, February 23, 2016, likewise at 8:30 a.m.

This stipulation is based on good cause. Specifically, at an October 26, 2015 trial setting conference regarding another matter involving this courtroom and counsel for the government (United States v. Alfonso Hernandez, Case No. 1:12-cr-00302 LJO), the defendant in that matter invoked his right to a trial date within a timeframe contemplated by the Speedy Trial Act (18 U.S.C. § 3161, et seq.). The court had alerted counsel in the Hernandez case to this possibility prior to the conference, and in

1

preparation of the same counsel for the government contacted his two primary witnesses on Friday, October 23, 2015, to assess their availability regarding an expedited trial date.

In light of the respective calendars of the parties, counsel for the parties, and primary government witnesses, the only trial date government counsel could identify wherein he was available and could have necessary witnesses appear to testify prior to February 2016 was December 15, 2015. This was the same date as the trial date previously ordered for this case. The court therefore scheduled trial to begin in <u>United States v. Hernandez</u> on this date and asked government counsel to contact defense counsel in this case about the same. Since this date, counsel for the government has contacted its primary witnesses in this case, as well as defense counsel, to determine a next available date to continue this action's trial. Pursuant to these efforts, the parties stipulate to continuing this action's trial date to Tuesday, February 23, 2016. Counsel for the government also notes that the defense is in the midst of having an expert analyze the electronic evidence in this case in accordance with relevant provisions of the Adam Walsh Act. At the conclusion of this analysis, the government will make a renewed effort with the defense to resolve this matter prior to trial.

For the above stated reason, the stipulated continuance will conserve time and resources for both the parties and the court, and the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h) (7)(A).    (As auth. 11/6/15)

Dated: November 6, 2015          By: <u>/s/ Marc J. Days</u>
                                  Marc J. Days
                                  Attorney for Defendant
                                  RALPH DALE SHEPHERD

Dated: November 3, 2015          BENJAMIN B. WAGNER
                                  United States Attorney
                                  By: <u>/s/ Brian W. Enos</u>
                                  Brian W. Enos
                                  Assistant U.S. Attorney

IT IS SO ORDERED.

   Dated:   **November 8, 2015**          /s/ Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE

2